GEORGE B. CAREY *v.* HILO FINANCE &
THRIFT CO., LTD.

NO. 2798.

FILED FEBRUARY 6, 1952.                    DECIDED JULY 3, 1952.

LE BARON, J., AND CIRCUIT JUDGES BUCK
AND BROWN IN PLACE OF TOWSE, C. J.,
AND STAINBACK, J., DISQUALIFIED.

*Per Curiam.* This is a petition for a rehearing of the
cause decided by this court in its opinion recorded on page
210, *ante.* The petition apparently rests on the proposi-
tion that the petitioner's bill in equity alleges a valid
equitable defense of executory accord or agreement and on
the ground that this court committed an alleged error in
not holding such defense to be cognizable only in equity.
The petition, however, cites no authority in this jurisdiction
to support that ground and no authorities in this or other
jurisdictions to show that the instant case is a proper one
in which equity will enforce an accord or agreement of the
character described by the allegations of the bill, even if
the defense thereof were not available at law. Nor has this
court found any which do. On the contrary, in this juris-
diction equitable defenses as such are unquestionably avail-
able at law and permitted by statute. (*Kamohai* (*k.*) v.
*Kahale* (*w.*), 3 Haw. 530; *Joseph Morris* v. *P. Petero,* 4
Haw. 23; *Ah Hoy* v. *Raymond,* 19 Haw. 568; R. L. H. 1945,
§ 10077.) Assuming but not deciding, therefore, that the
allegations of the bill sufficiently state a valid equitable
defense of executory accord or agreement and that the un-
disputed evidence adduced at the hearing on the order to
show cause does not show that such defense is barred by

the doctrine of *res judicata* or by that of estoppel by judgment, that particular defense would be available and effective in the pending action at law between the same parties and involving the same issues to the same extent as it would be in equity. It follows therefrom that the allegations with respect to such equitable defense, even in the absence of such undisputed evidence, do not suffice as an equitable ground for restraining proceedings in the pending action at law or for transferring the cause thereof from law to equity.

Petition denied without argument.